UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS

HAROLD BROWN, §
§
Petitioner, §
§
v. § CIVIL ACTION NO. 4:17-cv-02237
§
LORIE DAVIS, §
Director, Texas Department of Criminal §
Justice–Correctional Institutions Division, §
§
Respondent. §

## Order of Adoption

On June 18, 2018, Magistrate Judge Stephen Wm. Smith issued a Memorandum and Recommendation. (13), to which the petitioner objected (15). After considering the record and the law, the court adopts the Memorandum and Recommendation as its Memorandum and Order. Brown's petition for writ of habeas corpus is denied with prejudice. A certificate of appealability will not issue.

Signed July 10, 2018, at Houston, Texas.

Lynn N. Hughes
United States District Judge